1

2

3

4

5

6

7

E-FILED 4/16/15

8        UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11   ROSANNE CARBAJAL, an individual;

12          Plaintiff,

13

14          v.

15

16   WELLS FARGO BANK, N.A.; CAL-
     WESTERN RECONVEYANCE, LLC;
17   and DOES 1 to 50, Inclusive,

18          Defendants.

19

CASE NO.: 2:14-cv-07851-PSG-PLA

[~~PROPOSED~~] **JUDGMENT OF DISMISSAL**

*[Assigned to the Hon. Philip S. Gutierrez]*

20

21

22

23

24

25

26

27

28

1    On April 10, 2015, the Court entered an Order granting the Motion to

2    Dismiss Second Amended Complaint, filed by defendant WELLS FARGO BANK,

3    N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a

4    Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"),

5    dismissing the Second Amended Complaint, in its entirety, with prejudice.

6    Accordingly:

7    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

8    1.    The Second Amended Complaint is dismissed, as to all parties and all

9    causes of action, with prejudice;

10    2.    Judgment is entered in favor of defendant WELLS FARGO BANK,

11    N.A.; and

12    3.    Plaintiff, Rosanne Carbajal will recover nothing in this action from

13    defendant WELLS FARGO BANK, N.A.

14

15

16    DATED:    4/15/15

PHILIP S. GUTIERREZ

17    HON. PHILIP S. GUTIERREZ
      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Counsel for Plaintiff,* *Rosanne Carbajal:* | *Counsel for Defendant,* *Cal-Western Reconveyance, LLC* |
|---|---|
| | *[Courtesy Copy by U.S. Mail]* |
| Stephen R. Golden, Esq. STEPHEN R. GOLDEN & ASSOCIATES 600 N. Rosemead Blvd., Suite 100 Pasadena, CA 91107 Email: businesslaw@stephenrgolden.com T: (626) 584-7800 \| F: (626) 568-3529 | Melissa N. Armstrong, Esq. BUTLER & HOSCH, P.A. 525 E, Main Street El Cajon, California 92020 Email: Melissa.armstrong@butlerandbosch.com T: (619) 569-1114 \| F: (407) 381-5577 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 13, 2015.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP